Edward Vincent King, Jr. (SBN 085726)
KING & KELLEHER, LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 781-2888
Facsimile: (415) 781-3011
Email: evking@kingandkelleher.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MATT MURRAY, | Case No.: 14-cv-02829-WHO |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND MOTION TO VACATE AND RESCHEDULE CASE MANAGEMENT CONFERENCE AND RELATED DATES |
| DATAGUARD USA, LLC AND STEVEN LEE HASTERT, | |
| Defendants. | |

Plaintiff, Matt Murray ("Mr. Murray"), and Defendants, DataGuard USA, LLC ("DataGuard") and Steven Lee Hastert ("Mr. Hastert") (collectively "Defendants"), through their undersigned attorneys hereby stipulate and agree as follows:

1. This Stipulation and Motion is entered into in accordance with Local Rules 6-1(b) and 6-2.

2. Defendants were served with the Summons and initial Complaint for Infringement, Unfair Business Practices, Intentional Interference with Prospective Economic Advantages, and False Advertising (the "Complaint") in the form filed in the above-captioned action on June 18, 2014 [Doc. No. 1]. Since that time, counsel for the parties have discussed factual investigation of the claims, defenses and possible resolution of Mr. Murray's claims against the Defendants.

STIPULATION AND MOTION TO VACATE AND RESCHEDULE CASE MANAGEMENT CONFERENCE AND RELATED DATES - 1

3. To permit sufficient time to complete the investigation, the parties previously stipulated to extend the time within which Defendants had to respond to the Complaint.

4. Mr. Murray's investigation has resulted in his election to proceed under alternative claims which are contained in the First Amended Complaint for Infringement, Unfair Business Practices, Unfair Competition and False Advertising (the "Amended Complaint"), which was filed with the Court on August 29, 2014 [Doc. No. 18]. Defendants' counsel first received a copy of the Amended Complaint by email today.

5. The July 31, 2014 Case Management Conference Order [Doc. No. 16], scheduled a Case Management Conference to be held in this matter on September 16, 2014 at 2:00 P.M. and set other associated deadlines.

6. The undersigned attorney for Defendants is licensed to practice only before the state and federal courts in Colorado. Defendants require additional time to prepare for the Case Management Conference in order to investigate the claims in the Amended Complaint; retain local counsel and, if appropriate request admission *pro hac vice*; and to prepare in a manner sufficient to meaningfully participate in the Case Management Conference. The parties require additional time to explore settlement, for counsel to meet and confer about the claims and defenses and to prepare a joint case management statement. An additional twenty-one (21) days, through and including October 7, 2014, should permit sufficient time for the parties to attend to these matters.

7. Accordingly, the parties hereby stipulate that the Case Management Conference currently scheduled for September 16, 2014 should be vacated and rescheduled for October 7, 2014 or such other time thereafter as is convenient to the Court. Counsel for Mr.

STIPULATION AND MOTION TO VACATE AND RESCHEDULE CASE MANAGEMENT CONFERENCE AND RELATED DATES - 2

Murray requests that this Court approve the parties' stipulation, vacate the currently scheduled Case Management Conference and associated dates, and reschedule the same on or after October 7, 2014 to permit time sufficient for the parties to carry out the matters set forth in this Stipulation and Motion.

WHEREFORE, Mr. Murray respectfully requests that this Court enter an order (a) approving the parties' stipulation; (b) vacating the currently scheduled Case Management Conference and related dates; (c) rescheduling the Case Management Conference on October 7, 2014 or at a later time convenient on the Court's calendar; and (d) for such further relief as this Court deems appropriate.

Dated: September 3, 2014.

AS TO THE STIPULATION AND MOTION:

**KING & KELLEHER, LLP:**

By: _____
Edward Vincent King, Jr. (SBN 085726)

ATTORNEYS FOR PLAINTIFF,
MATT MURRAY

AS TO THE STIPULATION ON BEHALF OF DEFENDANTS:

**MORGAN & ASSOCIATES, LLC:**

By: _____
C. Forrest Morgan, Colorado Bar No. 17,110
1873 S. Bellaire Street, Suite 1200
Denver, Colorado 80222
(303) 743-0003

ATTORNEYS FOR DEFENDANTS

STIPULATION AND MOTION TO VACATE AND RESCHEDULE CASE MANAGEMENT CONFERENCE AND RELATED DATES - 3

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Case Management Conference rescheduled for October 7, 2014.

Date: September 5, 2014

BY THE COURT:

By: _____

Judge, United States District Court

For the Northern District of California

STIPULATION AND MOTION TO VACATE AND RESCHEDULE CASE MANAGEMENT CONFERENCE AND RELATED DATES - 4