1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

10

MATT MURRAY,

Case No.: 14-cv-02829-WHO

11

               Plaintiff,

**ORDER GRANTING
STIPULATION FOR DISMISSAL OF
CLAIMS**

12

vs.

13
14

DATAGUARD USA, LLC AND
STEVEN LEE HASTERT,

15
16

              Defendants.

17

18        THIS COURT, having reviewed the Stipulation for Dismissal of Claims filed in this action

19  by all parties, having reviewed the file and being duly advised,

20        HEREBY FINDS that the requirements of Rules 41(a)(1)(ii) and 41(c), Fed. R. Civ. Proc.

21  have been satisfied; and

22        HEREBY ORDERS that all claims brought by Plaintiff, Matt Murray, in this action,

23  together with claims that could have been brought that arise from or relate to the claims brought

24  by Mr. Murray, are hereby dismissed WITH PREJUDICE; and

25        FURTHER ORDERS that the counterclaims brought by Defendant, DataGuard USA,

26  LLC, are hereby dismissed WITHOUT PREJUDICE; and

27
28

**ORDER GRANTING STIPULATION FOR DISMISSAL OF CLAIMS**
Case No. 14-CV-02829

1         FURTHER ORDERS, that each of the parties shall be responsible to pay their own

2    attorneys' fees, costs and expenses incurred in this action.

3

4    Dated:  December 9, 2014      .

5

6

7              BY THE COURT:

8

9    _____

10   Judge, United States District Court for
     The Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING STIPULATION FOR DISMISSAL OF CLAIMS**
Case No. 14-CV-02829